**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GEOFFREY L. LONG,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **UNITED RENTALS (NORTH AMERICA, INC.), et al.** | **NO.  25CV4432** |
| **Defendants.** | |

## <u>ORDER</u>

**AND NOW**, this 24th  day of June, 2026,

1.  Upon consideration of Defendant United Rentals' Motion to Exclude Expert Testimony of Craig Clauser (ECF Nos. 33), Defendant Power Technique's Motion to Exclude Expert Testimony of Craig Clauser (ECF Nos. 35, 44), and Plaintiff's opposition thereto (ECF No. 41), **IT IS HEREBY ORDERED** that said Motions are **DENIED**.

2.  Upon consideration of Defendant Power Technique's Motion for Summary Judgment (ECF Nos. 36, 45), and Plaintiff's opposition thereto (ECF No. 40), **IT IS HEREBY ORDERED** that:

    a.  The Motion is **GRANTED** in favor of Defendant with respect to Plaintiff's claim for breach of implied warranty of fitness for a particular purpose;

    b.  The Motion is **DENIED** in all other respects.

3.  Upon consideration of Defendant United Rentals' Motion for Summary Judgment (ECF Nos. 32, 48), and Plaintiff's opposition thereto (ECF No. 39), **IT IS HEREBY ORDERED** that said Motion is **DENIED**.

4.  **IT IS FURTHER ORDERED** that Defendant Power Technique's Motion for Oral Argument (ECF No. 46) is **DENIED**.

**BY THE COURT:**
**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**
